```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
                                        :
UNITED STATES OF AMERICA                :      INDICTMENT
                                        :
          - v. -                        :      08 CRIM. 0261
                                        :
FRANK SCOTT SURICO,                     :
                                        :
                    Defendant.          :
                                        :
- - - - - - - - - - - - - - - - - - - - x
```

ORIGINAL

COUNT ONE

The Grand Jury charges:

1. On or about January 24, 2008, in the Southern District of New York, FRANK SCOTT SURICO, the defendant, unlawfully, willfully, and knowingly, entered and attempted to enter a bank, namely, the Citizens Bank, 406 Windsor Highway, New Windsor, New York, the deposits of which were then insured by the Federal Deposit Insurance Corporation ("FDIC"), with the intent to commit a felony affecting such bank, to wit, SURICO robbed the Citizens Bank.

(Title 18, United States Code, Sections 2113(a) & 2.)

_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney