

U.S. Department of Justice

United States Attorney
Southern District of New York

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

March 28, 2008

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   **United States v. Frank Scott Surico, 08 Cr. 261 (KMK)**

Dear Judge Karas:

      The Government respectfully writes to inform the Court of the status of the replacement of the defendant's eyeglasses, which were seized at the time of his arrest and held as important evidence in the case. The defendant's prescription was received from Ms. Brody this morning. The Government obtained a replacement pair of glasses and provided the replacement glasses to the U.S. Marshals for transport to the defendant this afternoon. Other personal items in the defendant's possession at the time of his arrest were also returned to Ms. Brody this afternoon.

                                      Respectfully Submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney

By:   *[signature]*
              Anna M. Skotko
              Assistant United States Attorney
              (914) 993-1939

cc:   Susanne Brody, Esq. (By Hand)

*The Clerk is respectfully requested to docket this letter.*

SO ORDERED:

*[signature]*
KENNETH M. KARAS U.S.D.J.
3/31/08