U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __
DATE FILED: __

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 30, 2008

**MEMO ENDORSED**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   **United States v. Frank Scott Surico, 08 Cr. 261 (KMK)**

Dear Judge Karas:

   A conference before Your Honor in the above referenced matter is scheduled for May 8, 2008 at 10:00 a.m. Discovery was provided by the Government on April 9, 2008. At this time, the parties jointly request an adjournment of two weeks to permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial.

   In the event that an adjournment is granted, the Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between May 8, 2008 and May 22, 2008, or the date of the next conference scheduled by the Court, for the reasons noted above. The Government makes this request with the consent of counsel for the defendant.

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By:   *[signature]*
Anna M. Skotko
Assistant United States Attorney
(914) 993-1939

cc:   Susanne Brody, Esq. (By Hand)

Denied

SO ORDERED
KENNETH M. KARAS U.S.D.J.
4/30/08